John M. Riehle, etc., v. August Janssen and Others. William Boardman, Appellant; Myron Sulzberger and Others, as Executors, etc., of Leon C. Weinstock, Deceased, Respondents.— Motion to dismiss appeal denied. Present —Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Elizabeth Present v. Sadie Sugar, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Angela Pappadopoulo, on Behalf of Herself and All Other Stockholders of Amalgamated Carpet Co., Ltd., Similarly Situated, v. Avraam Elias Kazan and Others, Impleaded with Eugene A. Manning and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Angela Pappadopoulo, on Behalf of Herself and All Other Stockholders of Amalgamated Carpet Co., Ltd., Similarly Situated, v. Amalgamated Carpet Company, Ltd., and Others, Impleaded with Eugene A. Manning and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Lewis Goldstein v. Jean M. Langenieux and Percy B. Langenieux, Individually and as Copartners, etc.— Motion denied, with ten dollars costs. Present —Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Margherita Capozzi v. Cesare Capozzi.— Motion denied, with ten dollars costs and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Hugh Hemingway v. Elizabeth Mackenzie.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Kenneth I. Hoffman v. Jack Rothstone and Another, as Administrators c. t. a. of the Estate of Arnold Rothstein.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Frank Rocco.— Motion denied. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

In the Matter of the Application of Frank C. Delaney, as Receiver of the Property of the S. D. Fruit & Produce Co., Inc., for an Order Directing The Bank of United States to Turn over Certain Moneys Belonging to Said Receiver. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Conlew, Inc., v. Jumping Brook Country Club and Others, Impleaded with Arthur Greenbaum and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Emigrant Industrial Savings Bank v. Jerrie Holding Corporation and Others.— Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

William B. Kirsch v. John R. Van Horne and Another, Individually and as Executors, etc., of Julian Mitchell, Deceased, and Priscilla M. Pryor.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.